**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br>MIGUEL A APONTE DAVILA<br>Debtor(s)<br>BANCO POPULAR DE PUERTO RICO<br>Movant<br>MIGUEL A APONTE DAVILA<br>ALEJANDRO OLIVERAS RIVERA, TRUSTEE<br>Respondent(s) | CASE NO. 11-00525 MCF<br>Chapter 13<br><br><br><br>FILED & ENTERED ON 04/14/2011 |

### ORDER

Upon respondent's failure to timely reply and oppose the motion for relief of stay filed by BANCO POPULAR DE PUERTO RICO, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and P.R. LBR 4001-1, it is now,

ORDERED that the motion for relief of stay filed by BANCO POPULAR DE PUERTO RICO, docket entry #17, be and is hereby granted by default, provided the debtor(s) is/are not covered by the Servicemember Civil Relief Act of 2003, Pub. L. No. 108-189, 177 Stat. 2835 (2003).

In San Juan, Puerto Rico, this 14 day of April, 2011.

*Mildred Cabán*

Mildred Caban Flores
U. S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA
BANCO POPULAR DE PUERTO RICO