IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL A APONTE DAVILA

XXX-XX-0300

Debtor(s)

CASE NO. 11-00525 EAG

Chapter 13

FILED & ENTERED ON 09/22/2011

## ORDER

The motion filed by Creditor, Dennis De Jesus Sanchez (docket #50) is hereby denied without prejudice to filing the certificate required by paragraph 3 of the General Order 2004-01.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 22 day of September, 2011.

Edward A. Godoy
U.S. Bankruptcy Judge

C:  DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    ALEJANDRO OLIVERAS RIVERA
    DENNIS DE JESUS SANCHEZ